UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STEVEN HAYNES** | : | **DOCKET NO. 19-cv-0876** |
| REG. # 06238-078 | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **USA** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

Before the court is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by pro se petitioner Steven Haynes on July 8, 2019. Doc. 1. Haynes is an inmate in the custody of the Bureau of Prisons ("BOP") and is currently incarcerated at the Federal Correctional Center at Oakdale, Louisiana ("FCIO"). His petition relates to events that occurred at the Federal Prison Camp in Pensacola, Florida ("FPCP"). This matter has been referred to the undersigned for review, report, and recommendation in accordance with 28 U.S.C. § 636 and the standing orders of this court.

On June 20, 2019, a petition, identical to the one at hand, was filed by petitioner in the Northern District of Florida and transferred to this Court on July 31, 2019. *See Haynes v. U.S. Dept. of Justice*, Civil Action No. 2:19-cv-0999 (W.D. La. 6/20/19). A review of the petitions in both matters clearly establishes that Civil Action 2:19-cv-0876 is duplicative of the previously filed petition found in our Civil Action 2:19-cv-0999.

Therefore,

**IT IS RECOMMENDED** that the instant action, docketed as Civil Action 2:19-cv-0876, be **DISMISSED** and that all pleadings and orders be stricken and that the matter be **CLOSED** as duplicative of Civil Action 2:19-cv-0999.

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

A party's failure to file written objections to the proposed factual findings, conclusions, and recommendations reflected in this report and recommendation within ten (10) business days following the date of its service, shall bar an aggrieved party from attacking on appeal, either the factual findings or the legal conclusions that were accepted by the District Judge and that were not objected to by the aforementioned party, except upon grounds of plain error.

THUS DONE AND SIGNED in Chambers this 2nd day of October, 2019.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE